1

2

3

4

5

6

7

8
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10  MARK R. PERCIVAL as the Administrator of
    the Estate of Marion R. Wilson, deceased; and
11  WILLIAM L.E. DUSSAULT as Litigation        Case No.  C09-1802RSL
    Guardian ad Litem of R.S.C. and S.D.C.,
    minor children,
12
                                                ORDER DENYING GENERAL
13          Plaintiffs,                          ELECTRIC'S MOTION FOR
                                                 CERTIFICATION OF QUESTION TO THE
14          v.                                   WASHINGTON STATE SUPREME COURT

15  GENERAL ELECTRIC COMPANY, a New
    York corporation; ALL-CLAD
16  METALCRAFTERS, LLC, a Delaware
    corporation; and ALBERT LEE, INC., d/b/a
17  ALBERT LEE APPLIANCE, a Washington
    corporation,
18
            Defendants.
19

20          This matter comes before the Court on "Defendant General Electric Company's

21  Motion for Certification of State Law Question to State Court."  Dkt. # 29.  At oral argument on

22  April 16, 2010, the Court inquired whether any of the parties had contemplated the possibility of

23  certifying the standing issue to the Washington State Supreme Court.  Counsel for General

24  Electric was present and did not indicate a preference for certification.  The Court therefore

25  resolved the motions on the merits, finding that the decedent's grandsons have standing to bring

26  ORDER DENYING GENERAL ELECTRIC'S
    MOTION FOR CERTIFICATION
27                                          - 1 -

1  a claim for negligent infliction of emotional distress under Washington law.

2        General Electric is attempting to have a second bite at the proverbial apple.

3  Having chosen to present an issue of state law to this Court, it now seeks certification so that it

4  can make the same arguments in a different forum.  General Electric's request is untimely,

5  would waste judicial resources, and cannot be justified in the context of this case.  The motion to

6  certify is DENIED.

7

8        Dated this 28th day of May, 2010.

9

10                                  Robert S. Lasnik
                                    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  ORDER DENYING GENERAL ELECTRIC'S
    MOTION FOR CERTIFICATION
27                                  - 2 -